UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 21-CR-600 (LJL)
:
ISAIAH MOSS, : ORDER
:
Defendant. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court gives notice that it is considering a below-guidelines sentence in this case. In addition to being prepared to discuss whether the Court should impose a below-guidelines sentence, the parties should be prepared to discuss at sentencing: (a) whether the time from Mr. Moss's self-surrender on August 20, 2021 to date runs against the sentence imposed by Judge Caproni in 19 Cr. 166; and (b) whether a sentence of time served is permissible in this case and, if so, the effect of such sentence on the aggregate time Mr. Moss will serve in both cases.

SO ORDERED.

Dated: October 28, 2021
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge