```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                        :
:
:
:                       21-cr-00600 (LJL)
    -v-                                                          :
:                          ORDER
ISAIAH MOSS,                                                     :
:
            Defendants.                                          :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On August 23, 2022, the Court received Mr. Moss's letter requesting a status update on his emergency request for compassionate release. Dkt. No. 16. On July 15, 2022, the Court ruled on his emergency motion. Dkt. No. 15. Mr. Moss did not receive a copy of the Court's decision.

The Clerk of Court is directed to mail Mr. Moss a copy of this Court's Memorandum and Order at Dkt. No. 15. The Clerk of Court is also directed to close Dkt. No. 16.

SO ORDERED.

Dated: August 23, 2022
       New York, New York                        _____
                                                         LEWIS J. LIMAN
                                                 United States District Judge